UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PHILLIP BURGESS,
also known as John W. Stinson,

                              **Petitioner,**

                   v.                                  9:02-CV-390
                                                                           (FJS/RFT)

UNITED STATES PAROLE COMMISSION,

                              **Respondent.**
_____

**APPEARANCES**                                          **OF COUNSEL**

**PHILLIP BURGESS**
Kansas City, Missouri 64129
Petitioner *pro se*

**OFFICE OF THE UNITED**                  **CHARLES E. ROBERTS, AUSA**
**STATES ATTORNEY**
100 South Clinton Street
P.O. Box 7198
Syracuse, New York 13261

**SCULLIN, Chief Judge**

## ORDER

       Currently before the Court for its review is Petitioner Phillip Burgess' motion to dismiss this action. *See* Dkt. No. 19. In his motion, Petitioner requests that this action "be immediately withdrawn." *See id.* Respondent has advised the Court that it has no objection to Petitioner's motion. *See* Dkt. No. 21.

       Accordingly, the Court hereby

       **ORDERS** that Petitioner's motion is **GRANTED**; and the Court further

       **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**; and the Court

further

**ORDERS** that the Clerk of the Court serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: August 9, 2005
       Syracuse, New York

                                      Frederick J. Scullin, Jr.
                                      Chief United States District Court Judge